*Taggart* for petitioner.  *Mr. Henry L. Stone* and *Mr. Helm Bruce* for respondent.

No. 624. CUDAHY PACKING COMPANY *v.* WILLIAM K. BIXBY ET AL., RECEIVERS, ETC.  November 4, 1918.  Petition for a writ of certiorari to the Kansas City Court of Appeals of the State of Missouri denied.  *Mr. George T. Buckingham* and *Mr. Charles T. Tittmann* for petitioner.  *Mr. James L. Minnis* for respondents.

No. 648. LOUISIANA NAVIGATION COMPANY *v.* OYSTER COMMISSION OF LOUISIANA ET AL.  November 4, 1918.  Petition for a writ of certiorari to the Supreme Court of the State of Louisiana denied.  *Mr. J. C. Gilmore, Mr. Thomas Gilmore* and *Mr. Edward Nicholls Pugh* for petitioner.  No appearance for respondents.

No. 683. STATE OF LOUISIANA *v.* NEW ORLEANS LAND COMPANY.  November 4, 1918.  Petition for a writ of certiorari to the Supreme Court of the State of Louisiana denied.  *Mr. William Winans Wall, Mr. James Clarke Henriques* and *Mr. I. D. Moore* for petitioner.  *Mr. Charles Louque* and *Mr. W. O. Hart* for respondent.

No. 678. S. T. HILLS, AS TRUSTEE, ETC., *v.* C. D. STIMSON COMPANY.  November 4, 1918.  Petition for a writ of certiorari to the Supreme Court of the State of Washington denied.  *Mr Cassius E. Gates* for petitioner.  No appearance for respondent.